# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **OneBeacon America Insurance Company,** ) <br> **a/s/o The Estate of Kenneth D. Herman**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **Oil-Dri Corporation of America and** ) <br> **Thomas Wood**, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 7:11-cv-00097-HL |

## CONSENT ORDER

Upon consideration of the parties' Consent Motion To Stay Proceedings, it is hereby Ordered as follows:

1) That this matter be stayed for sixty (60) days from the date of this Order, and that the stay expire as a matter of law sixty days from the date on which this action is stayed;

2) That defendants have twenty (20) days from the date the stay expires to file their responsive pleadings; and

3) That any previously scheduled deadlines and hearings that fall within the stayed period be extended for sixty (60) days.

**SO ORDERED**, this 2nd day of August, 2011.

<pre>                                    s/ Hugh Lawson        </pre>
                                          The Honorable Hugh Lawson
                                          Judge, Middle District of Georgia,
                                          Valdosta Division

**Submitted by:**

/s/ John V. Kuruvilla

_____

John V. Kuruvilla
Counsel for plaintiff

**Consented to by:**

/s/ Hansell Watt (w/express permission)

_____

Hansell Watt
Counsel for Defendants